Joseph George Ainsworth and George Scott Ainsworth, plaintiffs in error, v. Peoria Malleable Castings Company et al., defendants in error. Gen. No. 7,839.

Opinion filed May 18, 1928.

Scholes, O'Connor & Dougherty and George W. Hunt, for plaintiffs in error. W. G. McRoberts and E. D. McLaughlin, for defendants in error.

Mr. Justice Jones delivered the opinion of the court.